*State, Respondent, v. Bushnell, Petitioner,* No. 73790-8. Petition for review of a decision of the Court of Appeals, No. 49144-0-I, January 6, 2003, 114 Wn. App. 1082. *Denied* November 4, 2003.

*Brooke, Respondent, v. Robinson, et al., Petitioners,* No. 73821-1. Petition for review of a decision of the Court of Appeals, No. 50150-0-I, January 13, 2003, 115 Wn. App. 1006. *Denied* November 4, 2003.

*Schneider, et al., Petitioners, v. Snyder's Foods, Inc., et al., Respondents,* No. 73840-8. Petition for review of a decision of the Court of Appeals, No. 20728-5-III, February 13, 2003, 116 Wn. App. 706. *Denied* November 4, 2003.

*State, Respondent, v. Ohm, Petitioner,* No. 73842-4. Petition for review of a decision of the Court of Appeals, No. 50742-7-I, March 3, 2003, 115 Wn. App. 1058. *Denied* November 4, 2003.

*M&M Rd. Recycle, Inc., Petitioner, v. Employment Sec. Dep't, Respondent,* No. 73844-1. Petition for review of a decision of the Court of Appeals, No. 28285-2-II, January 10, 2003, 115 Wn. App. 1003. *Denied* November 4, 2003.

*In re Marriage of Leisy,* No. 73845-9. Petition for review of a decision of the Court of Appeals, No. 49134-2-I, December 23, 2002, 114 Wn. App. 1072. *Denied* November 4, 2003.

*State, Respondent, v. Buckner, Petitioner,* No. 73847-5. Petition for review of a decision of the Court of Appeals, No. 49680-8-I, March 31, 2003, 116 Wn. App. 1025. *Denied* November 4, 2003.

*State, Respondent, v. Preuett, Petitioner,* No. 73848-3. Petition for review of a decision of the Court of Appeals, No. 50355-3-I, March 10, 2003, 116 Wn. App. 746. *Denied* November 4, 2003.